STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Robert Anthony Robertson Esq.
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

REHEARING ACTION: November 4, 2009

Docket Number: 09   00771-CW

M. CANDICE HATTAN, PLC
VERSUS
SHIVERS BROTHERS CONSTRUCTION,
LLC, AND BAILEY SHIVERS

Writ Application from Lafayette Parish Case No. C-2009-1274-C

BEFORE JUDGES:

Hon. John D. Saunders
Hon. Marc T. Amy
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shivers Brothers Construction, LLC and Bailey Shivers** has

this day been

**DENIED.**
Genovese, J., Denied.  Defendant must first proceed at trial court level on the
issue presented.  At present, we have nothing to rule on.

cc: Larry Lane Roy, Counsel for  the Respondent